**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

ART LICENSING INTERNATIONAL, INC.,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:24-cv-05397

Judge Jorge L. Alonso

Magistrate Judge M. David Weisman

**SATISFACTION OF JUDGMENT**

WHEREAS, a judgment was entered in the above action on October 3, 2024 [38] in favor of Plaintiffs and against the Defendants Identified in Amended Schedule A. Plaintiffs acknowledge payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| NO. | DEFENDANT |
| --- | --- |
| 183 | Mingyang Prince Clothing |

THEREFORE, full and complete satisfaction of said judgment as to above identified Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: November 9, 2026

Respectfully submitted,

/s/ Keith A. Vogt
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

Subscribed and sworn before me by Keith A. Vogt, on this 09 day of November, 2026.

Given under by hand and notarial seal.

Griselda Delgado
NOTARY PUBLIC

STATE OF Illinois

COUNTY OF Cook

Official Seal
GRISELDA DELGADO
Notary Public, State of Illinois
Commission No. 805332
My Commission Expires October 14, 2030